1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    XAVIER KERESTESY,                          1:15-cv-0373-JLT (HC)

12                    Petitioner,               ORDER TRANSFERRING CASE TO THE
                                                SACRAMENTO DIVISION OF THE
13           v.                                 EASTERN DISTRICT OF CALIFORNIA

14    STATE OF CALIFORNIA,

15                    Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18    28 U.S.C. § 2254.

19           The petitioner is challenging a conviction from Tehama County, which is part of the

20    Sacramento Division of the United States District Court for the Eastern District of California.

21    Therefore, the petition should have been filed in the Sacramento Division.

22           Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    court may, on the court's own motion, be transferred to the proper court. Therefore, this action

24    will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY

25    ORDERED that:

26           1.  This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Sacramento; and

28           2.  All future filings shall reference the new Sacramento case number assigned and shall

                                                    1

1 be filed at:

2
United States District Court
Eastern District of California

3
501 "I" Street, Suite 4-200
Sacramento, CA 95814

4

5 IT IS SO ORDERED.

6    Dated:   **March 10, 2015**                    **/s/ Jennifer L. Thurston**

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2